MARY A. KUPPINGER, Respondent, v. KENNETH MILLS, Appellant. JAMES FROST, Respondent, v. KENNETH MILLS, Appellant.— Order unanimously reversed, without costs of this appeal to any party and motion denied, without

costs. Memorandum: The granting of the motion was an improvident exercise of discretion. (Appeal from order of Erie Special Term granting plaintiff's motion to vacate two preclusion orders previously granted to defendant.) Present — Bastow, J. P., Goldman, McClusky, Henry and Noonan, JJ.